UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:04-CR-10021-01** |
| **VERSUS** | **JUDGE DRELL** |
| **MARCUS DARON PENNYWELL (01)** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### FIRST STEP ACT JUDGMENT

Pursuant to Section 404 of the First Step Act,

The court notes that the pro se motion made by defendant Marcus Daron Pennywell ("Pennywell") and the particular assertion that a sentence reduction under the First Step Act (Pub. L. 115-391, 132 Stat. 5194) is warranted. We observe that while the original sentence imposed on February 10, 2005 of 216 months imprisonment as to Count 1; 60 months imprisonment as to Count 2 (consecutive); and 12 months imprisonment as to Counts 3 and 4 (concurrent) was indeed imposed prior to the enactment of Section 404 of the First Step Act, it was entirely appropriate and remains so now. The First Step Act did trigger a change in Pennywell's statutory exposure pursuant to the Fair Sentencing Act of 2010 (Pub. L. 111-220, 124 Stat. 2372) to five (5) years minimum to forty (40) years maximum custody and four (4) years maximum supervised release for Count 1.

The First Step Act's provisions are designed to provide opportunities to incarcerated persons for shortened sentences within the court's discretion. Relief under the First Step Act is not automatic.

On May 20, 2020, the government and Pennywell filed a joint motion advising of their agreement that Pennywell is eligible for sentence reduction pursuant to the First Step Act. (Doc. 105). Pennywell requested a time served sentence based on the nature and circumstances of his

1

offense, his history and characteristics and his efforts to better himself while in BOP custody. The government asked the court to consider 18 U.S.C. § 3553's sentencing factors in determining the appropriately reduced sentence. (Id.).

After review of the record in this case, the defendant MARCUS DARON PENNYWELL is hereby ORDERED RELEASED from custody of the U.S. Bureau of Prisons, thereby granting the relief requested under the First Step Act. In so ordering, the defendant's previously imposed sentence in this case (Crim. Act. No. 04-CR-10021-1) is hereby REDUCED to time served, EFFECTIVE JULY 6, 2020. Furthermore, the term of supervised release for Count 1 is hereby AMENDED to FOUR (4) YEARS, concurrent with all other terms of supervised release in Crim. Act. No. 04-CR-10021-1. All previously imposed conditions of supervised release shall remain in effect.

Except as provided herein, the Judgment of this court issued February 10, 2005 remains in effect.

Given the findings of the court above, it is, finally,

ORDERED that the joint motion of the government and defendant (Doc. 105) is GRANTED and the prior pro se motion by defendant (Doc. 102) is DENIED as MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 5 day of June, 2020.

                                            DEE D. DRELL, JUDGE
                                            UNITED STATES DISTRICT COURT